UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS FERNANDO PARADA, | ) | Case No. EDCV 06-1424-JFW(RC) |
| Petitioner | ) | |
| vs. | ) | JUDGMENT |
| DERRICK OLLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATE: December 15, 2008

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&R\06-1424.jud
10/15/08